FILED
SUPERIOR COURT
OF GUAM

2013 SEP 12 PM 12: 21

CLERK OF COURT
BY: _____

# IN THE SUPERIOR COURT OF GUAM

HUGH LESLIE SULE,

           Plaintiff,

      v.

MIKA INAYOSHI-SULE,

           Defendant.

CASE NO. DM0126-08

## DECISION AND ORDER RE: MOTION FOR DISQUALIFICATION

This matter came before the Honorable Alberto C. Lamorena, III, on August 23, 2013 on Defendant's Objection to this Court presiding over the proceedings. Attorney Seaton Woodley represented Defendant. Attorney Douglas Moylan represented Plaintiff. The Court now issues its Decision and Order.

## FACTUAL BACKGROUND

On August 19, 2013, this Court issued its Notice of Disqualifying Facts pursuant to 7 G.C.A. §§ 6105- 6106. On August 23, 2013, Defendant filed her motion to disqualify this Court from presiding over the above-captioned matter. There is no opposition to the motion.

## CONCLUSION

There being no opposition to the Motion to Disqualify the Court from the above-captioned matter, Defendants' Motion is hereby **GRANTED** and the matter will be put before another Court pursuant to 7 G.C.A. § 6107.

It is **SO ORDERED** this 11th day of September, 2013.

                         Original Signed By:
                         Hon. Alberto C. Lamorena III

SEP 1 1 2013

I do hereby certify that the foregoing is a full, true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam

                         **HONORABLE ALBERTO C. LAMORENA III**
                         Presiding Judge, Superior Court of Guam



SEP 12 2013

Amanda D. Guitoriano
Deputy Clerk, Superior Court of Guam